UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH BROWN,<br><br>                  Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>                  Defendant. | Case No. C21-326 RAJ<br><br>ORDER |

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $402.00 filing fee. Accordingly, Plaintiff's application to proceed *in forma pauperis* (dkt. # 1) is GRANTED. However, the Court recommends the Complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk is directed to send copies of this order to the parties and to the Honorable Richard A. Jones.

\\

\\

\\

ORDER - 1

Dated this 10th day of March, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2